**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 282 MAL 2014
:
                           Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
            v. :
:
:
:
KEVIN ANDRE ARMSTRONG, :
:
                       Petitioner :

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.